**FILED**
JAN 08 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>T. HOLMES, et al.,<br><br>Defendants. | Case No. C 09-1042 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION<br><br>Docket No. 23 |

Counsel for Defendants has filed a third request for an extension of time for sixty-two days, up to and including March 1, 2010, in which to file a motion for summary judgment or other dispositive motion. The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds that good cause exists to grant the request.

Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file Defendants' motion for summary judgment or other dispositive motion is extended for sixty-two days, up to and including March 1, 2010. Plaintiff's opposition to the motion for summary judgment or other dispositive motion must be filed with the court and served on Defendant no later than March 31, 2010. Defendants' reply brief

1

1 | must be filed and served no later than April 15, 2010.

3 | Dated: __JAN 0 8 2010__

The Honorable Jeffrey S. White

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EARL YOUNG,

        Plaintiff,

v.

T. HOLMES et al,

        Defendant.

Case Number: CV09-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earl Young
V06022
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95331

Dated: January 8, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk