IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL YOUNG,**<br><br>Plaintiff,<br><br>v.<br><br>**T. HOLMES, et al.,**<br><br>Defendants. | Case No. C 09-1042 JSW<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF EARL YOUNG, CDCR No. V-06022** |

Plaintiff, EARL YOUNG, CDCR No. V-06022, a necessary and material witness in proceedings in this case beginning on **June 1, 2011, at 9:00 a.m.**, is confined at Kern Valley State Prison, Delano, California, in the custody of the Warden.  To secure this inmate's attendance at the settlement conference scheduled for **June 1, 2011** at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of EARL YOUNG, CDCR No. V-06022, to produce him at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on **June 1, 2011 at 9:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of Kern Valley State Prison and the California Department of

1

1  Corrections and Rehabilitation to produce inmate EARL YOUNG, CDCR No. V-06022, for a
2  settlement conference at California State Prison, Solano, at the time and place above, until
3  completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to
4  Kern Valley State Prison.
5     2.   The custodian is ordered to notify the Court of any change in custody of this inmate
6  and is ordered to provide the new custodian with a copy of this writ.
7     WRIT OF HABEAS CORPUS AD TESTIFICANDUM
8     To:   The Warden of Kern Valley State Prison,
9     YOU ARE COMMANDED to produce inmate EARL YOUNG, CDCR No. V-06022, for a
10  settlement conference at California State Prison, Solano, at the time and place above, until
11  completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to
12  Kern Valley State Prison.
13     FURTHER, you have been ordered to notify the Court of any change in custody of this
14  inmate and to provide the new custodian with a copy of this writ.
15     IT IS SO ORDERED.

17  Dated:   May 4, 2011

Judge Nandor J. Vadas

# CERTIFICATE OF SERVICE

Case Name:    **E. Young v. T. Holmes, et al.**          No.   **C 09-1042 JSW**

I hereby certify that on **May 2, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ORDER & WIRT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF EARL YOUNG, CDCR No. V-06022**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **May 2, 2011**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Earl Young, V-06022**
**Kern Valley State Prison**
**P.O. Box 5101**
**A-5/104**
**Delano, CA  93216**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 2, 2011**, at San Francisco, California.

|  D. Criswell  |  *s/ D. Criswell*  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

20444706.doc