IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. HOLMES, M. BULLOCK, K. KIPLINGER, and T. BUCHANAN,<br><br>　　　　Defendants. | No. C 09-1042 JSW (PR)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL; DENYING MOTION FOR COURT ORDER**<br><br>(Docket No. 61) |

　　　　Plaintiff, a California prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 against four prison officials. Defendants' motion for summary judgment was denied. Mediation proceedings were held pursuant to the Court's Pro Se Prisoner Mediation Program, and the parties did not reach a settlement. The Plaintiff has requested and is in need of counsel to assist him in this matter as it proceeds to trial, and good and just cause appearing,

　　　　IT IS ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

　　　　(1) The Clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant Court orders.

　　　　(2) Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

　　　　(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

1   Plaintiff's motion for a "court order for affidavit to witnesses" (docket number 61)
2 is DENIED as unnecessary.
3   IT IS SO ORDERED.

4
5 DATED: July 8, 2011

6                               JEFFREY S. WHITE
                                United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EARL YOUNG,

        Plaintiff,

  v.

T. HOLMES et al,

        Defendant.

Case Number: CV09-01042 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earl Young
V06022
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Dated: July 8, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk