1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
For the Northern District of California

8                                    UNITED STATES  DISTRICT COURT

9                                    Northern District of California

10                                            Oakland Division

11   EARL YOUNG,                                           No. C 09-01042 JSW (LB)

12                         Plaintiff,

          v.                                           **NOTICE OF REFERRAL AND**
13                                                     **ORDER RE DISCOVERY**
     T. HOLMES, *et al.*,                               **PROCEDURES**
14
                           Defendants.
15   _____/

16        TO ALL PARTIES AND COUNSEL OF RECORD:

17        The district court has referred all discovery to United States Magistrate Judge Laurel Beeler.

18   Referral Order, ECF No. 88 at 1.[1]  The district court noted that it was unclear whether there was a

19   pending discovery dispute. *Id.*

20        If the parties have a current dispute that requires the Court's assistance, the Court directs the

21   parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's

22   standing order (attached).  Those procedures require, among other things, that if a meet-and-confer

23   by other means does not resolve the parties' dispute, lead counsel for the parties must meet and

24   confer **in person**.  If that procedure does not resolve the disagreement, the parties must file a joint

25   letter instead of a formal motion.  After reviewing the joint letter, the Court will evaluate whether

26   further proceedings are necessary, including any further briefing or argument.

27        Additionally, having reviewed the parties' joint letter to Judge White, which was filed as ECF

28

          [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page
     number at the top of the document, not the pages at the bottom.

     C 09-01042 JSW (LB)
     NOTICE OF REFERRAL AND ORDER

1  No. 87 on November 8, 2011, the Court notes that its discovery order in *Woodson v. Rodriguez*, CV

2  07-4925 CW (LB), might be instructive.

3      **IT IS SO ORDERED.**

4  Dated: November 16, 2011                                    _____

                                                             LAUREL BEELER
5                                                            United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California