IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARL YOUNG,

        Plaintiff,

  v.

T. HOLMES, et al.,

        Defendants.

No. C 09-01042 JSW

**ORDER VACATING HEARING**

This matter comes before the Court upon consideration of the Defendants' motion to dismiss. The Court finds the motion suitable for disposition without oral argument, and it HEREBY VACATES the hearing scheduled for January 6, 2012. The motion is deemed submitted, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: January 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE