United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EARL YOUNG,

         Plaintiff,

      v.

T. HOLMES, et al.,

         Defendants.

_____/

No. 3:09-CV-01042 JSW (NJV)

ORDER AND WRIT OF HABEAS
CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the

person of EARL YOUNG, inmate no.V06022, presently in custody at the Kern Valley State Prison, as

the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter

as may be required

Dated: January 24, 2012

_____

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Martin Biter, Warden

GREETINGS

WE COMMAND that you have and produce the body of  Earl Young, in your custody in the

hereinabove-mentioned institution, at Solano State Prison, at  1:00 p.m. on March 7, 2012, in order that

said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of

YOUNG v. HOLMES, and at the termination of said hearing return him forthwith to said hereinabove-

United States District Court
For the Northern District of California

1   mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made

2   concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until

3   the termination of the proceedings for which his testimony is required in this Court;

4          Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

5   for the Northern District of California.

6

7   Dated:  January 24, 2012

8                                                    RICHARD WIEKING
                                                     CLERK, UNITED STATES DISTRICT COURT
9
                                                     By: Linn Van Meter
10                                                       Administrative Law Clerk

11

12

13
    Dated:  January 24, 2012
14                                              NANDO
                                                United S
15

16

17



18

19

20

21

22

23

24

25

26

27

28

2