UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EARL YOUNG, | No. 3:09-CV-01042 JSW (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | SET FOR MARCH 7, 2012 |
| T. HOLMES, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case for Wednesday, March 7, 2012, at 1:00 p.m. at Solano State Prison. On February 14, 2012, the parties filed a joint stipulation and proposed order to reschedule the settlement conference on April 11, 2012, or another date that is convenient for the Court, due to the unavailability of Plaintiff's lead counsel on March 7, 2012. Good cause appearing, the settlement conference now set for March 7, 2012, and the associated writ of habeas corpus ad testificandum are HEREBY VACATED. The Court cannot reschedule the settlement conference for April 7, 2012, at this time, but will reschedule the settlement conference as soon as the Court's calendar allows.

Dated: February 15, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge