| | |
|---|---|
| 1 | STEPHEN J. AKERLEY (No. 160757) |
| | TINA SORIANO (No. 254777) |
| 2 | HEIDI GUETSCHOW (No. 257900) |
| | MANROOP PUREWAL (No. 267528) |
| 3 | DECHERT LLP |
| | 2440 W. El Camino Real, Suite 700 |
| 4 | Mountain View, California 94040-1499 |
| | Telephone: 650/813-4800 |
| 5 | Facsimile: 650/813-4848 |
| | stephen.akerley@dechert.com |
| 6 | tina.soriano@dechert.com |
| | heidi.guetschow@dechert.com |
| 7 | manroop.purewal@dechert.com |
| 8 | MURIEL M. KOROL (No. 261909) |
| | DECHERT LLP |
| 9 | One Maritime Plaza, Suite 2300 |
| | San Francisco, California 94111-3513 |
| 10 | Telephone: 415/262-4500 |
| | Facsimile: 415/262-4555 |
| 11 | muriel.korol@dechert.com |
| 12 | Counsel for Plaintiff |
| | EARL YOUNG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL YOUNG, | No. C 09-1042 JSW |
| Plaintiff, | **ORDER GRANTING IN PART** |
| v. | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR SETTLEMENT CONFERENCE BEFORE JUDGE NANDOR J. VADAS AND FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 2, 2012** |
| T. HOLMES, et al. | |
| Defendants. | |
| | Action Filed: March 10, 2009 |

STIPULATED REQUEST                                                           No. C 09-1042 JSW

Pursuant to Civil L.R. 6-2, Plaintiff Young and Defendants Holmes, Bullock, Buchanan, Kiplinger, Kingstrom, Northrup, and Shellabarger ("Parties"), by and through their respective counsel of record, hereby stipulate to change the time of the settlement conference before Magistrate Judge Nandor J. Vadas (the "Settlement Conference") and continue the case management conference scheduled for March 2, 2012 (the "Case Management Conference") for the following reasons:

### A. Reasons for the Change of Time

Plaintiff's lead trial counsel will be unavailable on March 7th, 2012, the date that the settlement conference is currently scheduled for. (Notice and Order Setting Settlement Conference in Pro Se Prisoner Early Settlement Program, Jan. 25, 2012, Dkt. No. 106.)

In addition, the parties believe that a later Case Management Conference after the Settlement Conference serves the interests of judicial and party efficiency.

### B. Previous Time Modifications

The Court has previously granted Defendants three extensions of time to file a dispositive motion. (Order Denying Mot. Appoint Counsel & Default, Oct. 20, 2009, Dkt. No. 12; Order Granting Defs.' 2nd EOT, Nov. 2, 2009, Dkt. No. 17; Order Granting Defs.' 3rd EOT, Jan. 8, 2010, Dkt. No. 27.)

### C. Effect the Requested Time Modification Will Have on Schedule

The Parties respectfully request the Court to reschedule the aforementioned Settlement Conference to April 11, 2012 or a date that is convenient for the Court. The parties respectfully request that the Court reschedule the Case Management Conference until April 20, 2012 or a date that is convenient for the Court.

| | | |
|---|---|---|
| 1 | Dated: February 14, 2012 | Respectfully submitted, |
| 2 | ATTORNEY GENERAL | DECHERT LLP |
|   | OF CALIFORNIA | STEPHEN J. AKERLEY |
| 3 | KAMALA D. HARRIS | TINA P. SORIANO |
|   | WILLIAM C. KWONG | HEIDI A. GUETSCHOW |
| 4 | SHARON A. GARSKE | MURIEL M. KOROL |
|   | VIRGINIA I. PAPAN | MANROOP S. PUREWAL |

6  */s/ Sharon A. Garske*  */s/ Muriel M. Korol*
   SHARON A. GARSKE      MURIEL M. KOROL
7  Deputy Attorney General

8  Counsel for Defendants          Counsel for Plaintiff
   HOLMES, BULLOCK, BUCHANAN,     EARL YOUNG
9  KIPLINGER, KINGSTROM,
   NORTHRUP, AND
10 SHELLABARGER

**Filer's Attestation:** I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: February 14, 2012                    Respectfully submitted,

                                            */s/ Muriel M. Korol*
                                            MURIEL M. KOROL

~~**PURSUANT TO STIPULATION, IT IS SO ORDERED.**~~

Dated: February 15, 2012

*[signature: Jeffrey S. White]*
United States District Judge

**The Court GRANTS the request to continue the case management conference, and it CONTINUES that case management conference from March 2, 2012 to April 20, 2012 at 1:30 p.m. The parties shall submit a further case management conference on April 13, 2012. The parties shall submit a separate request to Magistrate Judge Vadas with respect to their request to continue the settlement conference.**

-2-

STIPULATED REQUEST                                              No. C 09-1042 JSW