1  STEPHEN J. AKERLEY (No. 160757)
   TINA SORIANO (No. 254777)
2  HEIDI GUETSCHOW (No. 257900)
   MANROOP PUREWAL (No. 267528)
3  DECHERT LLP
   2440 W. El Camino Real, Suite 700
4  Mountain View, California  94040-1499
   Telephone:  650/813-4800
5  Facsimile:  650/813-4848
   stephen.akerley@dechert.com
6  tina.soriano@dechert.com
   heidi.guetschow@dechert.com
7  manroop.purewal@dechert.com

8  MURIEL M. KOROL (No. 261909)
   DECHERT LLP
9  One Maritime Plaza, Suite 2300
   San Francisco, California  94111-3513
10 Telephone:  415/262-4500
   Facsimile:  415/262-4555
11 muriel.korol@dechert.com

12 Counsel for Plaintiff
   EARL YOUNG

13

14

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

                          SAN FRANCISCO DIVISION
18

19 | EARL YOUNG,                          | No. C 09-1042 JSW
   |                                      |
20 |              Plaintiff,               |
   |      v.                               | **STIPULATED REQUEST FOR ORDER
21 |                                      | CHANGING TIME FOR CASE
   | T. HOLMES, et al.                    | MANAGEMENT CONFERENCE
22 |                                      | SCHEDULED FOR APRIL 20, 2012**
   |              Defendants.             | ORDER THEREON
23 |                                      | Action Filed:       March 10, 2009

24

25

26

27

28

Pursuant to Civil L.R. 6-2, Plaintiff Young and Defendants Holmes, Bullock, Buchanan, Kiplinger, Kingstrom, Northrup, and Shellabarger ("Parties"), by and through their respective counsel of record, hereby stipulate to change the time of the case management conference scheduled for April 20, 2012 (the "Case Management Conference") for the following reasons:

**A.     Reasons for the Change of Time**

Plaintiff's lead trial counsel will be unavailable on April 20, 2012, the date that the Case Management Conference is currently scheduled for.  (Order Granting in Part Stipulated Request for Order Changing Time for Settlement Conference before Judge Nandor J. Vadas and for Order Continuing Case Management Conference Scheduled for March 2, 2012,  Feb. 15, 2012, Dkt. No. 110.)

In addition, the parties believe that a later Case Management Conference after the settlement conference scheduled for May 10, 2012 before Magistrate Judge Nandor J. Vadas (the "Settlement Conference") serves the interests of judicial and party efficiency.  (Notice and Order Setting Settlement Conference in Pro Se Prisoner Early Settlement Program, March 9, 2012, Dkt. No. 111.)

**B.     Previous Time Modifications**

The Court has previously granted Defendants three extensions of time to file a dispositive motion.  (Order Denying Mot. Appoint Counsel & Default, Oct. 20, 2009, Dkt. No. 12; Order Granting Defs.' 2nd EOT, Nov. 2, 2009, Dkt. No. 17; Order Granting Defs.' 3rd EOT, Jan. 8, 2010, Dkt. No. 27.)

The Court has also granted the Parties' previous stipulated request to continue the Settlement Conference and the Case Management Conference.  (Order Granting in Part Stipulated Request for Order Changing Time for Settlement Conference before Judge Nandor J. Vadas and for Order Continuing Case Management Conference Scheduled for March 2, 2012,  Feb. 15, 2012, Dkt. No. 110; Notice and Order Setting Settlement Conference in Pro Se Prisoner Early Settlement Program, March 9, 2012, Dkt. No. 111.)

**C.     Effect the Requested Time Modification Will Have on Schedule**

The Parties respectfully request the Court to reschedule the aforementioned Case

Management Conference at the Court's earliest convenience following the parties' May 10 Settlement Conference. The Parties do not believe that the requested time modification will affect the trial schedule.

**D.     Proposed Dates**

Per the Court's request, the Parties respectfully propose that the Case Management Conference be rescheduled to either Friday, June 8 or Friday, June 15.

Dated:  April 4, 2012                                              Respectfully submitted,

| ATTORNEY GENERAL | DECHERT LLP |
| --- | --- |
| OF CALIFORNIA | STEPHEN J. AKERLEY |
| KAMALA D. HARRIS | TINA P. SORIANO |
| WILLIAM C. KWONG | HEIDI A. GUETSCHOW |
| SHARON A. GARSKE | MURIEL M. KOROL |
| VIRGINIA I. PAPAN | MANROOP S. PUREWAL |

*/s/ Sharon A. Garske*                                            */s/ Stephen J. Akerley*
SHARON A. GARSKE                                          STEPHEN J. AKERLEY
Deputy Attorney General

Counsel for Defendants                                       Counsel for Plaintiff
HOLMES, BULLOCK, BUCHANAN,                  EARL YOUNG
KIPLINGER, KINGSTROM,
NORTHRUP, AND
SHELLABARGER

**Filer's Attestation:** I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: April 4, 2012                                              Respectfully submitted,

                                                                            */s/ Stephen J. Akerley*
                                                                            STEPHEN J. AKERLEY

**The Case Management Conference is CONTINUED to June 8, 2012 at 1:30 p.m. The parties shall file a further joint case management statement by no later than June 1, 2012.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 4, 2012

_____
Honorable Jeffrey S. White
United States District Judge

14385271

-3-

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 20, 2012                              No. C 09-1042 JSW