UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>R. BELL, T. BUCHANAN, M. BULLOCK, M. COOK, M. FOSS, T. HOLMES, R. HOREL, D. KAYS, K. KIPLINGER, J. KINGSTROM, L. NORTHRUP, B. ROGERS, R. SHELLABARGER,<br><br>    Defendants. | No. C 09-1042 JSW<br><br>[PROPOSED] ORDER REGARDING WITHDRAWAL OF MANROOP PUREWAL AS ATTORNEY OF RECORD<br><br>Action Filed:    March 10, 2009<br><br>Dept:    Courtroom 11, 19th Floor<br>Judge:    Hon. Jeffrey S. White |

Having considered the request of Plaintiff Earl Young to allow Manroop Purewal, formerly of Dechert LLP, to withdraw his appearance as counsel of record for Plaintiff Earl Young in this action,

IT IS HEREBY ORDERED that:

1. Plaintiff Earl Young's request is GRANTED;

2. Manroop Purewal is relieved as counsel of record for Plaintiff Earl Young; and

-1-

3. The appearances of Dechert LLP and the other attorneys who individually have entered appearances on behalf of Plaintiff Earl Young shall remain in effect and are not affected by Mr. Purewal's withdrawal.

**IT IS SO ORDERED.**

Dated: April 6, 2012

_Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

14399637

---

-2-

[PROPOSED] ORDER REGARDING WITHDRAWAL
OF MANROOP PUREWAL AS ATTORNEY OF RECORD

DECHERT LLP
ATTORNEYS AT LAW

CASE NO. C 09-1042 JSW