UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL YOUNG,<br><br>        Plaintiff,<br>v.<br>R. BELL, T. BUCHANAN, M. BULLOCK, M. COOK, M. FOSS, T. HOLMES, R. HOREL, D. KAYS, K. KIPLINGER, J. KINGSTROM, L. NORTHRUP, B. ROGERS, R. SHELLABARGER,<br><br>        Defendants. | No. C 09-1042 JSW<br><br>**[PROPOSED] ORDER REGARDING WITHDRAWAL OF MURIEL KOROL AS ATTORNEY OF RECORD**<br><br>Action Filed:    March 10, 2009<br><br>Dept:    Courtroom 11, 19th Floor<br>Judge:    Hon. Jeffrey S. White |

    Having considered the request of Plaintiff Earl Young to allow Muriel Korol, formerly of Dechert LLP, to withdraw her appearance as counsel of record for Plaintiff Earl Young in this action,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff Earl Young's request is GRANTED;

    2.    Muriel Korol is relieved as counsel of record for Plaintiff Earl Young; and

-1-

-2-

3.    The appearances of Dechert LLP and the other attorneys who individually have entered appearances on behalf of Plaintiff Earl Young shall remain in effect and are not affected by Mrs. Korol's withdrawal.

**IT IS SO ORDERED.**

Dated: August 6, 2012

*Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

14522526