UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EARL YOUNG, | No. 3:09-CV-01042 JSW (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| T. HOLMES, et al., | |
| Defendants. | |

Pursuant to Plaintiff's request, this matter is HEREBY SET for a telephonic status conference on Tuesday, September 18, 2012, at 2:15 p.m.. The parties shall dial 888-684-8852, and enter access code 1868782, then security code 7416. The purpose of this status conference is discuss the possibility of a further settlement conference.

IT IS SO ORDERED.

Dated: September 13, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge