
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EARL YOUNG, | No. 3:09-CV-01042 JSW (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| T. HOLMES, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of EARL YOUNG, inmate no. V06022, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 16, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Martin Biter, Warden

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of  EARL YOUNG, inmate no. V06022, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at  9:00 a.m. on November 29, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of YOUNG v. HOLMES, et al,, and at the

1 termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by
2 such order of the above-entitled Court as shall thereafter be made concerning the custody of said
3 prisoner, and further to produce said prisoner at all times necessary until the termination of the
4 proceedings for which his testimony is required in this Court;

5 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

Dated: October 16, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: October 16, 2012



_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EARL YOUNG,

    Plaintiff,

v.

T. HOLMES, et al.,

    Defendants.
_____/

No. 3:09-CV-1042 JSW (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 16, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Mailed and faxed to:

Litigation Coordinator Will Adams
Kern Valley State Prison
PO Box 3130
Delano, CA 93216-6000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3