IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL YOUNG, | No. C 09-01042 JSW |
| Plaintiff, | **ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| T. HOLMES, et al., | |
| Defendants. | |

The Court has received and considered the parties' Joint Case Management Statement, and it HEREBY VACATES the further case management conference scheduled for November 9, 2012 at 1:30 p.m.

If Plaintiff does not voluntarily dismiss his claims against Defendants Kingstrom, Northrup and Shellabarger, the Court shall not preclude them from filing a joint motion for summary judgment. However, the Court shall not alter the current hearing date, which is set for January 11, 2013 at 9:00 a.m. Thus, any motion must be on file by no later than December 7, 2012.

**IT IS SO ORDERED.**

Dated: November 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE