IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL YOUNG, | No. C 09-01042 JSW |
| Plaintiff, | **ORDER RE MOTIONS FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| T. HOLMES, et al., | **(Docket Nos. 194 and 195)** |
| Defendants. / | |

Plaintiff has filed motions for writs of habeas corpus ad testificandum, which pertain to Plaintiff and one of his witnesses Steven Chargin. The motion as to Mr. Chargin is DENIED (Docket No. 195). The Court intends to require Mr. Chargin to testify via videoconference.

With respect to the Plaintiff, the Court intends to conduct jury selection on Wednesday April 17, 2013. Accordingly, it is HEREBY ORDERED that the parties shall meet and confer and shall submit an agreed upon writ by no later than 10:00 a.m. on April 2, 2013.

Accordingly, the Court DENIES WITHOUT PREJUDICE Plaintiff's motion (Docket No. 194).

**IT IS SO ORDERED.**

Dated: March 28, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE