**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>T. HOLMES, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-01042 JSW<br><br>**ORDER ON DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DISCOVERY DESIGNATIONS** |

The Court has received and considered Plaintiff's Discovery Designations and Defendant's Objections Thereto. The Court rules as follows:

The Court overrules Defendant Bullock's objections to admission of his response to Plaintiff's Request for Admission Number 3.

The Court overrules Defendant Kiplinger's objections to admission of his response to Plaintiff's Request for Admission Numbers 2 and 5, and sustains his objections to admission of his response to Request for Admission Number 3.

The Court overrules Defendant Buchanan's objections to admission of his response to Plaintiff's Request for Admission Numbers 1 and 3.

**IT IS SO ORDERED.**

Dated: March 28, 2013

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE