IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL YOUNG,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>T. HOLMES, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 09-1042 JSW<br><br>[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM REGARDING INMATE YOUNG (V-06022) TO WARDEN OF KERN VALLEY STATE PRISON |

Plaintiff, EARL YOUNG, CDCR No. V-06022, a necessary and material witness for proceedings in this case beginning on **April 17, 2013, at 8:00 a.m.**, is confined at Kern Valley State Prison, Delano, California, in the custody of the Warden. To secure this inmate's attendance at the jury selection for the trial in this matter schedule for April 17, 2013, at the United States District Court, Northern Division, Courtroom 11 – 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of EARL YOUNG, CDCR No. V-06022, to produce him at United States District Court, Northern Division, Courtroom 11 – 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, the Honorable Jeffrey S. White presiding, beginning on **April 17, 2013 at 8:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of Kern Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate EARL YOUNG, CDCR No. V-06022, for a pre-trial hearing – specifically, jury selection – at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to San Quentin State Prison for the period of time necessary to complete the trial in this matter scheduled to begin April 22, 2013.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of Kern Valley State Prison,

YOU ARE COMMANDED to produce inmate EARL YOUNG, CDCR No. V-06022, for a pre-trial hearing – specifically, jury selection – at the United States District Court, Northern Division, Courtroom 11 – 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to San Quentin State Prison for the period of time necessary to complete the trial in this matter scheduled to begin April 22, 2013.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: April 2, 2013

*[signature]*
The Honorable Jeffrey S. White