IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL YOUNG, | Case No. C 09-1042 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM REGARDING INMATE YOUNG (V-06022) TO WARDEN OF SAN QUENTIN STATE PRISON |
| v. | |
| T. HOLMES, et al., | |
| Defendants. | |

Plaintiff, EARL YOUNG, CDCR No. V-06022, a necessary and material witness for proceedings in this case beginning on **April 22, 2013, at 8:00 a.m.**, is confined at San Quentin State Prison, San Quentin, California, in the custody of the Warden. To secure this inmate's attendance at the trial in this matter scheduled for April 22, 2013, at the United States District Court, Northern Division, Courtroom 11 – 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of EARL YOUNG, CDCR No. V-06022, to produce him at United States District Court, Northern Division, Courtroom 11 – 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, the Honorable Jeffrey S. White presiding, beginning on **April 22, 2013 at 8:00 a.m. and continuing each day thereafter until the completion of the trial in this matter or otherwise ordered by this Court.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of San Quentin State Prison and the California Department of Corrections and Rehabilitation to produce inmate EARL YOUNG, CDCR No. V-06022, for trial at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to San Quentin State Prison for the period of time necessary to complete the trial in this matter scheduled to begin April 22, 2013.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. At the completion of the trial in this matter, the Warden of San Quentin State Prison is ordered by the Court to return the inmate to the custody of the warden at Kern Valley State Prison.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of San Quentin State Prison,

YOU ARE COMMANDED to produce inmate EARL YOUNG, CDCR No. V-06022, for a trial at the United States District Court, Northern Division, Courtroom 11 – 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 at the time and place above, until completion of the trial or as ordered by the Court, and thereafter to return the inmate to San Quentin State Prison for the period of time necessary to complete the trial in this matter scheduled to begin April 22, 2013.

YOU ARE COMMANDED to return inmate EARL YOUNG, CDCR No. V-06022, to the custody of the warden at Kern Valley State Prison at the conclusion of the trial or otherwise ordered by the Court.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: April 2, 2013

The Honorable Jeffrey S. White