IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARL YOUNG,

    Plaintiff,

v.

T. HOLMES, et al.,

    Defendants.

                                              /

No. C 09-01042 JSW

**ORDER ON OBJECTIONS TO EXHIBITS**

The Court has received and considered the parties' objections to the trial exhibits, and it HEREBY RULES as follows:

Defendants' objections to trial exhibits 27-32, 254, 259-265 are OVERRULED.

Defendants' objections to trial exhibit 255 are OVERRULED, and the redacted version shall be admitted.

Defendants' objections to trial exhibit 256 is OVERRULED AS MOOT, because the exhibit has been withdrawn.

Defendants' objections to trial exhibits 257-258 are SUSTAINED.

Plaintiff's objection to trial exhibit 40 is OVERRULED. Defendant's redacted version shall be admitted.

Plaintiff's objection to trial exhibit 290 is OVERRULED.

The Court shall ADMIT Plaintiff's proposed redacted version of trial exhibit 284.

Plaintiff's objection to trial exhibit 275 is SUSTAINED.

//

The Court reserves ruling on Plaintiff's objections to trial exhibits 100-107.

The Court reserves ruling on Defendants' objections to trial exhibits 266-270.

**IT IS SO ORDERED.**

Dated: April 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE