**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOUNG,

        Plaintiff(s),

  v.

HOLMES, et al.,

        Defendant(s).

                                /

Case No. C-09-1042 JSW

**ORDER TO FURNISH DAILY REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the **eight** (**8**) members of the jury in the above-entitled matter beginning **Monday, April 22, 2013**, for the duration of the trial, at the expense of the United States. The trial will be held in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102,

IT IS SO ORDERED.

Dated: April 16, 2013

                                                    _____
JEFFREY S. WHITE
United States District Judge