IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARL YOUNG,

    Plaintiff,

v.

T. HOLMES, et al.,

    Defendants.

No. C 09-01042 JSW

**ORDER RE MOTION FOR JUDGMENT AS A MATTER OF LAW**

**(Docket No. 250)**

On April 29, 2013, Defendants filed a brief in support of the motion for judgment as a matter of law they made on the record at the conclusion of Plaintiff's case in chief. In light of the Jury's verdict, if Defendants intend to maintain their motion, they shall file a notice of that intent by May 3, 2013. The Court shall then set a briefing schedule on the motion.

**IT IS SO ORDERED.**

Dated: April 29, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE