IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL YOUNG, | No. C 09-01042 JSW |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| v. | |
| T. HOLMES, et al., | |
| Defendants. | **(Docket No. 250)** |

Defendants have stated that they intend to maintain their motion for judgment as a matter of law, notwithstanding the jury verdict in their favor. Accordingly, it is HEREBY ORDERED that Plaintiff shall file his opposition brief by no later than May 24, 2013. Defendants shall file their reply brief by June 7, 2013. The Court shall resolve the matter on the papers.

**IT IS SO ORDERED.**

Dated: May 6, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE