| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>DAMON G. MCCLAIN<br>Supervising Deputy Attorney General<br>SHARON A. GARSKE (State Bar No. 215167)<br>Deputy Attorney General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA 94102-7004<br> Telephone: (415) 703-1179<br> Fax: (415) 703-5843<br> E-mail: Sharon.Garske@doj.ca.gov<br>VIRGINIA I. PAPAN (State Bar No. 143659)<br>Deputy Attorney General<br> Telephone: (415) 703-5956<br> E-mail: Gina.Papan@doj.ca.gov<br>*Attorneys for Defendants Holmes, Bullock, Buchanan, and Kiplinger* | STEPHEN J. AKERLEY (State Bar No. 160757)<br>TINA P. SORIANO (State Bar No. 254777)<br>HEIDI A. GUETSCHOW (State Bar No. 257900)<br>BO "BRYAN" JIN (State Bar No. 278990)<br> Dechert LLP<br> 2440 W. El Camino Real, Suite 700<br> Mountain View, California 94040-1499<br> Telephone: (650) 813-4800<br> Fax: (650) 813-4848<br> E-mail: stephen.akerley@dechert.com<br> E-mail: tina.soriano@dechert.com<br> E-mail: heidi.guetschow@dechert.com<br> E-mail: bryan.jin@dechert.com<br>*Attorneys for Plaintiff Earl Young* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EARL YOUNG,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**T. HOLMES, et al.,**<br><br>                              Defendants. | C 09-1042 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR ORDER ENLARGING TIME TO RESPOND TO DEFENDANTS' BILL OF COSTS** |

Upon consideration of the parties' stipulation and request to extend and modify the current briefing schedule in this action, and good cause appearing, the Court hereby revises the current briefing schedule as follows: Plaintiff's opposition to Defendants' bill of costs to be filed on or before Thursday, June 20, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: May 22, 2013

*[signature]*

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

14933019

1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER ENLARGING TIME TO RESPOND TO DEFENDANTS' BILL OF COSTS; Case No. C 09-1042 JSW