1  KAMALA D. HARRIS
   Attorney General of California
2  DAMON G. MCCLAIN
   Supervising Deputy Attorney General
3  SHARON A. GARSKE (State Bar No. 215167)
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone: (415) 703-1179
     Fax:  (415) 703-5843
6    E-mail:  Sharon.Garske@doj.ca.gov
   VIRGINIA I. PAPAN (State Bar No. 143659)
7  Deputy Attorney General
     Telephone:  (415) 703-5956
8    E-mail:  Gina.Papan@doj.ca.gov
   *Attorneys for Defendants Holmes, Bullock,*
9  *Buchanan, and Kiplinger*

   STEPHEN J. AKERLEY (State Bar No. 160757)
   TINA P. SORIANO (State Bar No. 254777)
   HEIDI A. GUETSCHOW (State Bar No. 257900)
   BO "BRYAN" JIN (State Bar No. 278990)
     Dechert LLP
     2440 W. El Camino Real, Suite 700
     Mountain View, California 94040-1499
     Telephone: (650) 813-4800
     Fax: (650) 813-4848
     E-mail: stephen.akerley@dechert.com
     E-mail: tina.soriano@dechert.com
     E-mail: heidi.guetschow@dechert.com
     E-mail: bryan.jin@dechert.com

   *Attorneys for Plaintiff Earl Young*

10                IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14

15  **EARL YOUNG,**                              C 09-1042 JSW

                                     Plaintiff,   **STIPULATION REGARDING**
16                                                **PLAINTIFF'S WAIVER OF APPEAL,**
                                                  **DEFENDANTS' WAIVER OF COSTS,**
17       v.                                       **THE PARTIES' WAIVER OR**
                                                  **WITHDRAWAL OF POST-TRIAL**
18  **T. HOLMES, et al.,**                        **MOTIONS, DEFENDANTS' RENEWED**
                                                  **MOTION TO SEAL CONFIDENTIAL**
19                                   Defendants.  **EXHIBITS; & [~~PROPOSED~~ ORDER]**
                                                   AS MODIFIED HEREIN
20

21

22

23

24

25

26

27

28

1    Plaintiff Young and Defendants Holmes, Bullock, Buchanan, and Kiplinger ("Parties"),

2    through their undersigned counsel, stipulate to the following:

3        1.    Plaintiff Earl Young waives his rights to (1) appeal the Judgment entered on April

4    29, 2013 and (2) file post-judgment motions in this case.

5        2.    Additionally, Plaintiff agrees to support Defendants' renewed motion to seal trial

6    exhibits 10, 108, 133, 134, and 135.  These exhibits—namely, diagrams, schematics, layouts, and

7    a video of Pelican Bay State Prison's interior—were protected from public disclosure by the

8    stipulated March 20, 2012 protective order to ensure Defendants' compelling interest in

9    maintaining the safety and security of the institution, inmates and correctional staff.  (ECF No.

10   112.)

11       3.    Defendants agree to file a renewed motion to seal trial exhibits 10, 108, 133, 134,

12   and 135 within thirty-days of the Court's order regarding this stipulation.

13       4.    In exchange for the above considerations, Defendants waive costs and thus

14   withdraw their Bill of Costs filed on May 9, 2013 (ECF No. 267).

15       5.    Defendants' Motion for Judgment as A Matter of Law under Federal Rule of Civil

16   Procedure 50 (ECF No. 250) is moot in view of the Parties' above stipulations.

17       The parties so stipulate.

18

19

20

21

22

23

24

25

26

27

28                                                  1

STIPULATION RE: PL.'S WAIVER OF APPEAL, DEFS.' WAIVER OF COSTS, PARTIES' WAIVER OR WITHDRAWAL OF POST-
TRIAL MOTIONS, AND DEFS.' RENEWED MOT. SEAL CONFIDENTIAL TRIAL EXS.; [PROPOSED] ORDER; Case No. C 09-1042 JSW

Dated:  June 13, 2013                                Respectfully submitted,

                                                     /S/ BRYAN JIN
                                                     STEPHEN J. AKERLEY
                                                     TINA P. SORIANO
                                                     HEIDI A. GUETSCHOW
                                                     BO "BRYAN" JIN
                                                     Dechert LLP
                                                     *Attorneys for Plaintiff Young*

Dated:  June 13, 2013                                Respectfully submitted,

                                                     KAMALA D. HARRIS
                                                     Attorney General of California
                                                     DAMON G. MCCLAIN
                                                     Supervising Deputy Attorney General

                                                     /S/ VIRGINIA I. PAPAN
                                                     VIRGINIA I. PAPAN
                                                     SHARON A. GARSKE
                                                     Deputy Attorney General
                                                     *Attorneys for Defendants*
                                                     *Holmes, Buchanan, Bullock, and Kiplinger*

The Court notes that the mere fact that Plaintiff does not oppose sealing of the trial exhibits shall not be a basis to grant any renewed motion to seal.  Any such motion must be supported by legal authority with respect to Defendants' stated position and should also explain why sealing is appropriate given that the exhibits were introduced during trial in the course of public proceedings.

         PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED,
This Order terminates Docket No. 250, Defendants' motion for judgment as a matter of law.

Dated:  June 17, 2013                       _____
                                            HON. JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

---

2

STIPULATION RE: PL.'S WAIVER OF APPEAL, DEFS.' WAIVER OF COSTS, PARTIES' WAIVER OR WITHDRAWAL OF POST-
TRIAL MOTIONS, AND DEFS.' RENEWED MOT. SEAL CONFIDENTIAL TRIAL EXS.; [PROPOSED] ORDER; Case No. C 09-1042 JSW